NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRIAN K. FERRY, SR., DOC #R24010,       )
                                        )
            Appellant,                  )
                                        )
v.                                      )
                                        )       Case No. 2D17-4097
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____     )

Opinion filed April 13, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County, Chris Helinger, Judge.

Brian K. Ferry, Sr., pro se.

PER CURIAM.

            Affirmed.

KELLY, SLEET, and LUCAS, JJ., Concur.